IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARNEST HENDERSON, et al,   No   C-05-234 VRW

    Plaintiffs,   ORDER

    v

CITY AND COUNTY OF SAN FRANCISCO, et al,

    Defendants.
                                   /

Regarding plaintiffs' pending motion to compel, the court is considering requiring defendants to produce a random sample of 400 grievances, which approximately yields a confidence level of 95% for a confidence interval of 5 and a population of 12,000. The court requests the parties to e-file letters with the court no later than March 17, 2005, discussing: (1) the parties' response to this proposal and (2) how random sampling could be performed on the grievances, including information whether grievances are numbered. The letters shall not exceed three pages in length.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge