1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  PETER J. KEITH, State Bar #206482
   RONALD FLYNN, State Bar #184186
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:      (415) 554-3908 (Keith)
6  Facsimile:      (415) 554-3837
   E-Mail:         peter.keith@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   SHERIFF MICHAEL HENNESSEY,
9  GLENN YOUNG, MIGUEL PRADO AND
   LARRY NAPATA
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13  ERNEST HENDERSON, JANEL           Case No. C05-0234 VRW
    GOTTA, AARON RAULS, MICHAEL
14  PEREZ, ARTURO PLEITEZ,            **ADMINISTRATIVE MOTION FOR
                                      ENTRY OF ORDER RELATED TO
15           Plaintiffs,              PRODUCTION OF PHOTOGRAPHS;
                                      [~~PROPOSED~~] ORDER**
16           vs.
                                      **[STIPULATED]
17  CITY AND COUNTY OF SAN            [CIVIL L.R. 7-11]**
    FRANCISCO, SAN FRANCISCO
18  SHERIFF'S DEPARTMENT, SAN         Date Action Filed:    January 14, 2005
    FRANCISCO DEPARTMENT OF           Trial Date:           None Set
19  PUBLIC HEALTH SERVICES,
    SHERIFF MICHAEL HENNESSEY,
20  DEPUTY GLENN YOUNG, DEPUTY
    MIGUEL PRADO, DEPUTY LARRY
21  NAPATA, AND DOES 1-11,

22           Defendants.

23

24

25

26

27

28

[PROPOSED] ORDER ON PHOTOGRAPHS                       n:\lit\li2006\051009\00367158.doc
CASE NO.  C05-0234 VRW

**ARGUMENT**

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendant City and County of San Francisco seeks an Order from the Court regarding the production of photographs in this action.

At the January 26, 2006 Case Management Conference in this matter, the parties discussed with the Court the issue of the production of photographs of deputy sheriff's to counsel for plaintiff Janel Gotta to allow Ms. Gotta to identify the deputies against whom she is making her allegations. At the conference, the Court agreed with counsel for plaintiff that the each photograph should be labeled with the name of the deputy sheriff.

The parties agree that the photographs will be treated as CONFIDENTIAL PERSONNEL INFORMATION pursuant to the protective order entered in this matter on December 29, 2003, provided however that Plaintiff may show the photographs to plaintiff Janel Gotta for the purpose of Ms. Gotta identifying the deputies against whom she is making her claims.

Accordingly, CCSF submits this request for an Order related to the production of the documents.  Counsel for plaintiff, Scot Candell, has approved the request and form of the proposed order.

Dated:  March 30, 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
PETER J. KEITH
RONALD FLYNN
Deputy City Attorneys


By:  /s/
　　　RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY,
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

1          [Proposed] ORDER

2          Defendant City and County of San Francisco shall provide to counsel for plaintiff Janel Gotta

3    photographs of the following San Francisco Deputy Sheriffs:

4          • Those who were on duty in County Jail 8 and County Jail 9 for the midnight watch on

5             March 10, 2004 (i.e., ending 0700 on March 10, 2004);

6          • Those who were on duty in County Jail 8 and County Jail 9 for the day watch on

7             March 10, 2004 (0700-1500); and

8          • Any other deputies who participated in the transportation of Janel Gotta from the

9             County Jail to Sacramento on March 10, 2004.

10         Each photograph shall be labeled to provide the name of pictured deputy.

11         The photographs will be treated as CONFIDENTIAL PERSONNEL INFORMATION

12   pursuant to the protective order entered in this matter on December 29, 2003, provided however that

13   Plaintiff may show the photographs to plaintiff Janel Gotta for the purpose of Ms. Gotta identifying

14   the deputies against whom she is making her claims.

15

16         IT IS SO ORDERED.

17

18   Dated:  April 10, 2006

19


20                                    _____
                                      Hon. Vaughn R. Walker
21                                    United States District Judge

22

23

24

25

26

27

28