—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1 - 11,<br><br>Defendants. | CASE NO: 3:05-CV-00234 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFIED BRIEFING SCHEDULE, RESETTING MULTIPLE HEARINGS PRESENTLY SET FOR AUGUST 10, 2006, AND RESETTING FURTHER CASE MANAGEMENT CONFERENCE [L.R. 7-12]**<br><br>**CURRENT:**<br>DATE: August 10, 2006<br>TIME: 2:00 p.m.<br>CTRM: 6, 17th Floor<br>JUDGE: Vaughn R. Walker, Chief Judge<br><br>**PROPOSED:**<br>DATE: September 21, 2006<br>TIME: 2:00 p.m.<br>CTRM: 6, 17th Floor<br>JUDGE: Vaughn R. Walker, Chief Judge |

WHEREAS, there are multiple hearings now scheduled for August 10, 2006, at 2:00 p.m., which include, but are not limited to, defendants' multiple motions for summary judgment, defendants' motion for separate trials, and plaintiffs' motion to consolidate cases;

WHEREAS, under the current briefing schedule, opposition to the various motions are due on or before July 20, 2006;

WHEREAS, the multiple motions and supporting documentation are voluminous;

WHEREAS, a Further Case Management Conference is also presently scheduled for August 10, 2006;

1  WHEREAS, the Law Office of Mark E. Merin has just recently associated in as co-counsel
2  for plaintiffs and requires additional time to prepare a response to these motions;
3  NOW THEREFORE, the parties hereby stipulate and jointly request that the Court continue
4  the deadlines for the pending motions as follows: opposition to the various motions shall be filed and
5  served electronically (ECF service only unless documents are to be filed under seal; documents filed
6  under seal shall be filed directly with the Court and served upon the other parties by overnight
7  delivery) on or before August 24, 2006; reply in support of the various motions shall be filed and
8  served electronically (ECF service only unless documents are to be filed under seal; documents filed
9  under seal shall be filed directly with the Court and served upon the other parties by overnight
10 delivery) on or before September 7, 2006; and the hearing on the various motions shall be continued
11 to September 21, 2006, at 2:00 p.m., or such other date thereafter as may be convenient for the Court.
12 FURTHERMORE, the parties hereby stipulate and jointly request that the Court continue the
13 Further Case Management Conference to September 21, 2006, at 2:00 p.m., or such other date
14 thereafter as may be convenient for the Court.

15 DATED: July 14, 2006            Respectfully submitted,

16                                 LAW OFFICE OF MARK E. MERIN and
                                   SCOTT CANDELL
17
18                                 BY: /s/ Mark Merin
                                   Mark E. Merin
19                                 Attorneys for Plaintiffs

20 DATED: July 13, 2006            Respectfully submitted,

21                                 DENNIS J. HERRERA, City Attorney
                                   JOANNE HOEPER, Chief Trial Deputy
22                                 PETER J. KEITH, Deputy City Attorney
                                   RONALD FLYNN, Deputy City Attorney
23
24                                 BY: /s/ Peter Keith
25                                 Peter J. Keith
                                   Attorney for Defendants
26
27
28

**ORDER**

IT IS HEREBY ORDERED that the various motions presently set for August 10, 2006, including but not limited to defendants' multiple motions for summary judgment, defendants' motion for separate trials, and plaintiff's motion to consolidate cases, be continued to September 21, 2006, at 2:00 p.m. Opposition to the various motions shall be filed and electronically served (ECF service only unless documents are to be filed under seal; documents filed under seal shall be filed directly with the Court and served upon the other parties by overnight delivery) on or before August 24, 2006, and replies to opposition shall be filed and electronically served (ECF service only unless documents are to be filed under seal; documents filed under seal shall be filed directly with the Court and served upon the other parties by overnight delivery) on or before September 7, 2006.

IT IS FURTHER ORDERED that the Further Case Management Conference presently scheduled for August 10, 2006, be continued to September 21, 2006, at 2:00 p.m. The parties shall file an Updated Joint Status Report on or before **September 8, 2006**.

DATED: 7/17/2006

HON. VAUGHN R. WALKER
CHIEF JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT