| | |
|---|---|
| SCOT CANDELL, SBN 173261 | |
| ROSALIND H. MANSON, SBN 188473 | |
| Attorneys at Law | |
| 2019 Webster Street | |
| San Francisco, CA 94115 | |
| Telephone: (415) 441-1776 | |
| Facsimile: (415) 441-1789 | |
| | |
| LAW OFFICES OF MARK E. MERIN | |
| Mark E. Merin, SBN. 043849 | |
| Jeffrey I. Schwarzschild, SBN. 192086 | |
| 2001 P Street, Suite 100 | |
| Sacramento, California 95814 | |
| Telephone: (916) 443-6911 | |
| Facsimile: (916) 447-8336 | |

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1 - 11,<br><br>    Defendants. | CASE NO: 3:05-CV-00234 VRW<br><br>**STIPULATION AND ORDER TO SHORTEN NOTICE OF HEARING ON PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT**<br><br>**DATE**: September 21, 2006<br>**TIME**: 2:00 p.m.<br>**CTRM**: 6, 17th Floor<br>**JUDGE**: Vaughn R. Walker, Chief Judge |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that notice of plaintiffs' motion to file amended complaint shall be shortened so as to allow the motion to be heard on the same date and time as defendants' motions for summary judgment and plaintiffs' motion to consolidate presently scheduled to be heard on

Page 1 of 3

EARNEST HENDERSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.  USDC, Northern District, Case No. 3:05-CV-0234-VRW
STIPULATION AND ORDER TO SHORTEN TIME TO NOTICE MOTION

September 21, 2006, at 2:00 p.m. in Courtroom 6. Plaintiffs' motion shall be filed and served by ECF concurrently with the filing of this Stipulation which shall be filed on or before August 23, 2006.

IT IS FURTHER STIPULATED AND AGREED that defendants shall file and serve by ECF their opposition to plaintiffs' motion to file amended compliant no later than on September 7, 2006. Immediately below the date, time and place of the hearing, the opposition papers must include the following notation: OPPOSITION FILED ON _____ PURSUANT TO STIPULATION AND ORDER ISSUED ON _____. Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

IT IS FURTHER STIPULATED AND AGREED that plaintiffs shall file and serve by ECF their reply to defendants' opposition to their motion to file amended complaint no later than September 14, 2006. Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

DATED: August 23, 2006        Respectfully submitted,

                              SCOT CANDELL and
                              LAW OFFICE OF MARK E. MERIN


                              /s/ - "Scot Candell"

                              BY:_____
                                  Scot Candell
                                  Attorney for Plaintiffs

DATED: August 22, 2006        Respectfully submitted,

                              DENNIS J. HERRERA, City Attorney
                              JOANNE HOEPER, Chief Trial Deputy
                              PETER J. KEITH
                              RONALD FLYNN
                              CHRISTINE VAN AKEN
                              Deputy City Attorneys



                              /s/ - "Peter J. Keith"

                              BY:_____
                                  Peter J. Keith, Deputy City Attorney
                                  Attorney for Defendants

1 **ORDER**

2     IT IS HEREBY ORDERED that the date by which notice of plaintiffs' motion to file
3 amended complaint is shortened so as to allow the motion to be heard on the same date and time as
4 defendants' motions for summary judgment and plaintiffs' motion to consolidate presently scheduled
5 to be heard on September 21, 2006, at 2:00 p.m. in Courtroom 6. Plaintiffs motion is deemed filed
6 and served by ECF as of the date this Stipulation was filed.

7     IT IS FURTHER ORDERED that defendants shall file and serve by ECF their opposition to
8 plaintiffs' motion to file amended compliant no later than September 11, 2006. Immediately below
9 the date, time and place of the hearing, the opposition papers must include the following notation:
10 OPPOSITION FILED ON [date] PURSUANT TO STIPULATION AND ORDER ISSUED ON
11 _____. Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

12     IT IS FURTHER ORDERED that plaintiffs shall file and serve by ECF their reply to
13 defendants' opposition to their motion to file amended complaint no later than September 18, 2006.
14 Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

15 DATED: 9/5/2006

17     HON. VAUGHN R. WALKER, CHIEF JUDGE
18     UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT

S:\WpWork\Henderson, Earnest\Pleadings\Stip & Order to Shorten Time to Hear Motion to File Amended Complaint.wpd