| | |
|---|---|
| 1 | LAW OFFICES OF MARK E. MERIN |
| 2 | Mark E. Merin, SBN. 043849<br>2001 P Street, Suite 100 |
| 3 | Sacramento, California  95814<br>Telephone:  (916) 443-6911 |
| 4 | Facsimile:  (916) 447-8336 |
| 5 | SCOT CANDELL, SBN 173261<br>ROSALIND H. MANSON, SBN 188473 |
| 6 | Attorneys at Law<br>2019 Webster Street |
| 7 | San Francisco, CA 94115<br>Telephone: (415) 441-1776 |
| 8 | Facsimile: (415) 441-1789 |
| 9 | Attorneys for Plaintiffs |

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1 - 11,<br><br>    Defendants. | CASE NO: 3:05-CV-00234 VRW<br><br>**STIPULATION AND ORDER TO REMOVE FILED DOCUMENTS**<br><br>**DATE**:   Submitted<br>**TIME**:   N/A<br>**CTRM**:   6, 17th Floor<br>**JUDGE**:   Vaughn R. Walker, Chief Judge |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Docket No. 144 (Plaintiffs' Letter Brief) which was e-filed on October 19, 2006, along with Exhibits 1 through 4 e-filed with it, be removed permanently from the docket because there is a dispute as to whether or not these documents or portions thereof should

have been filed under seal. As an abundance of caution, plaintiffs' will file new, redacted and/or sealed documents in their place.

Plaintiffs have contacted the ECF Help Desk for the Northern District of California and have requested Docket No. 144 be "locked" in order to remove those documents from public view.

Plaintiffs will re-efile Plaintiffs' Letter Brief and Exhibit 4, and re-efiled Exhibits 1, 2 and 3 separately under seal.

The parties respectfully request the Court remove Docket No. 144 permanently from the docket record.

DATED: October 20, 2006         Respectfully submitted,

                                       LAW OFFICE OF MARK E. MERIN and
                                       LAW OFFICE OF SCOT CANDELL

                                       /s/ - "Mark E. Merin"

                                    BY:_____
                                          Mark E. Merin
                                          Attorney for Plaintiffs

DATED: October 20, 2006         Respectfully submitted,

                                       DENNIS J. HERRERA, City Attorney
                                       JOANNE HOEPER, Chief Trial Deputy
                                       PETER J. KEITH
                                       RONALD FLYNN
                                       CHRISTINE VAN AKEN
                                       Deputy City Attorneys

                                       /s/ - "Peter J. Keith"

                                    BY:_____
                                          Peter J. Keith, Deputy City Attorney
                                          Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that Docket No. 144 in this matter be removed permanently from the docket.

DATED: 10/26/2006

_____
HON. VAUGHN R. WALKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

S:\WpWork\Henderson & Woodfox\Henderson, Earnest\Pleadings\Stip & Order to Remove Incorrectly Filed Documents-Letter Brief.wpd

Page 2 of 2
EARNEST HENDERSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.       USDC, Northern District, Case No. 3:05-CV-0234-VRW
STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS