1  LAW OFFICES OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Jeffrey I. Schwarzschild, SBN. 192086
   2001 P Street, Suite 100
3  Sacramento, California 95814
   Telephone: (916) 443-6911
4  Facsimile: (916) 447-8336

5  SCOT CANDELL, SBN 173261
   ROSALIND H. MANSON, SBN 188473
6  Attorneys at Law
   2019 Webster Street
7  San Francisco, CA 94115
   Telephone: (415) 441-1776
8  Facsimile: (415) 441-1789

9  Attorneys for Plaintiffs
   **EARNEST HENDERSON**
10 **JANEL GOTTA**
   **AARON RAULS**
11 **MICHAEL PEREZ**
   **ARTURO PLEITEZ,**
12 **MACK WOODFOX**

13                            —o0o—

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16                            —o0o—

17 | EARNEST HENDERSON, ET.AL. | CASE NO: 3:05-CV-04220 VRW |
18 |     Plaintiff, |     3:03-CV 00234 VRW |
19 |  | **CONFIRMATION LETTER REGARDING** |
20 | vs. | **SETTLEMENT CONFERENCE** |
21 | DEPUTY MIGUEL PRADO, ET. AL. | **DATE**: May 18, 2007 |
   |  | **TIME**: 10:00 a.m. |
22 |     Defendants. | **CTRM**: Judge Larson's Chambers,15th floor |
   |  | **JUDGE**: Honorable James Larson |
23 |  |  |
24 |  | TRIAL DATE:        Not Set |
25 |  |  |
26 |  |  |

27      Plaintiffs and Defendant's have agreed to participate in a Settlement Conference with the

28 Honorable James Larson on May 18, 2007. The Settlement Conference shall take

Page 1 of 2

Henderson et. al. v. Prado, et.al.                    USDC, Northern District, Case No. 3:05-CV-04220-VRW
         Confirmation Letter Regarding Settlement Conference                    3:03-CV-00234 VRW

1    place in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th

2    Floor, San Francisco, California 94102.

3

4    DATED: May 4, 2007                          Respectfully submitted,

5                                                LAW OFFICE OF MARK E. MERIN and
                                                 LAW OFFICE OF SCOT CANDELL
6

7                                                       /s/ - "Scot Candell"

8                                                BY: _____
                                                        SCOT CANDELL
9                                                       Attorneys for Plaintiffs

10   The further settlement conference is scheduled for May 18, 2007 at 10:00

11   a.m.  The parties are to provide updated settlement conference statements

12   to chambers by Friday, May 11, 2007.



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 2 of 2

Henderson et. al. v. Prado, et.al.                                   USDC, Northern District, Case No. 3:05-CV-04220-VRW
              Confirmation Letter Regarding Settlement Conference                            3:03-CV-00234 VRW