UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>Defendants. | Case No. C05-0234 VRW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXCUSE INDIVIDUAL DEPUTY DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE<br><br>Date Action Filed: January 14, 2005<br>Settlement Conference: May 18, 2007<br><br>Trial Date: None Set |

FOR GOOD CAUSE APPEARING, IT IS ORDERED THAT defendants shall bring representatives from the City Attorney's Office and the Sheriff's Department to the May 18 2007 settlement conference, and that individual deputy defendants Glenn Young, Larry Napata, and Miguel Prado are excused from attending.

IT IS SO ORDERED.

DATED: May 17, 2007

Hon. James
Chief Magistrate Judge James Larson

IT IS SO ORDERED.
Judge James Larson

Admin Req. for Leave re Settlement Conference  3
Henderson, et al., v. CCSF, et al., USDC No. C05-0234 VRW    n:\li\li2005\051009\00026797.doc