| | |
|---|---|
| 1 | SCOT CANDELL, SBN 173261 |
| 2 | ROSALIND H. MANSON, SBN 188473<br>Attorneys at Law |
| 3 | 2019 Webster Street<br>San Francisco, CA 94115 |
| 4 | Telephone: (415) 441-1776<br>Facsimile: (415) 441-1789 |
| 5 | E-Mail: Candell@sflegalhelp.com |
| 6 | LAW OFFICES OF MARK E. MERIN<br>Mark E. Merin, SBN 043849 |
| 7 | 2001 P Street, Suite 100<br>Sacramento, California 95814 |
| 8 | Telephone: (916) 443-6911<br>Facsimile: (916) 447-8336 |
| 9 | E-Mail: mark@markmerin.com |
| 10 | Attorneys for Plaintiffs |
| 11 | DENNIS J. HERRERA, SBN 139669<br>City Attorney |
| 12 | JOANNE HOEPER, SBN 114961<br>Chief Trial Deputy |
| 13 | PETER J. KEITH, SBN 206482<br>RONALD FLYNN, SBN 184186 |
| 14 | Deputy City Attorneys<br>1390 Market Street, 6th Floor |
| 15 | San Francisco, CA 94102<br>Telephone No.: (415) 554-3908 |
| 16 | Facsimile No.: 415/554-3837<br>E-Mails: ronald.flynn@sfgov.org |
| 17 | peter.keith@sfgov.org |
| 18 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, et al., | CASE NO: 3:05-CV-00234 VRW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PERMIT DEPOSITION OF CAPTAIN MARTIN IDETA AFTER THE DISCOVERY CUTOFF DATE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants recently produced documents to Plaintiffs, and

following that production Plaintiffs requested and Defendants agreed that Plaintiffs could take the deposition of Captain Martin Ideta, limited to the matters referenced in one of the documents that was produced. The parties further agreed that given the pending discovery cutoff of June 29, 2007, the deposition could take place after the discovery cutoff, but prior to July 29, 2007.

DATED: June 28, 2007          Respectfully submitted,

SCOT CANDELL and
LAW OFFICE OF MARK E. MERIN

/s/ - "Scot Candell"

BY: _____
Scot Candell
Attorney for Plaintiffs

DATED: June 28, 2007          Respectfully submitted,

DENNIS J. HERRERA, City Attorney
JOANNE HOEPER, Chief Trial Deputy
PETER J. KEITH
RONALD FLYNN
Deputy City Attorneys

/s/ - "Ronald Flynn"

BY: _____
Ronald Flynn, Deputy City Attorney
Attorney for Defendants

**ORDER**

**GOOD CAUSE APPEARING:** it is hereby ordered that Plaintiffs in this matter may depose Captain Martin Ideta after the discovery cutoff date of June 29, 2007, but before July 29, 2007.

DATED: 7/5/2007

_____
HON. ~~ER~~, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Vaughn R Walker]

S:\WpWork\Henderson & Woodfox\Henderson, Earnest\Pleadings\Stip & Order to take Depo of Ideta