# UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ *Northern* DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Earnest Henderson, Et. Al., Plaintiff(s) v. City and County of San Francisco, Et. Al, Defendant(s) | CR<br>CV 00234 VRW<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the ~~Central~~ *NORTHERN* District of California, the named custodian: California Department of Corrections and Rehabilitation

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Earnest Henderson** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at 9:00 a.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _William Fletcher_ US Circuit Judge ~~/Magistrate Judge~~ sitting by designation of the United States District Court for the ~~Central~~ *Northern* District of California.

Dated: Sept 12, 07

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

# UNITED STATES DISTRICT COURT
# _NORTHERN_ ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Henderson, Et. Al., <br><br> Plaintiff(s) <br> v. <br><br> City and County of San Francisco, Et. Al, <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 00234 VRW <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the _NORTHERN_ ~~Central~~ District of California, the named custodian: California Department of Corrections and Rehabilitation

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Lester Steed**

before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at 9:00 a.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _[signature]_ U.S. Circuit Judge ~~/Magistrate Judge~~ sitting by designation on the United States District Court for the _Northern_ ~~Central~~ District of California.

Dated: Sept 12, 07

CLERK, U.S. DISTRICT COURT

By: _[signature]_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

G-09A (09/97)

# UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ _NORTHERN_ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Henderson, Et. Al., <br><br> Plaintiff(s) <br> v. <br><br> City and County of San Francisco, Et. Al, <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 00234 VRW <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  William Fletcher
Judge/Magistrate Judge of the U.S. District Court for the ~~Central~~ _NORTHERN_ District of California, the named custodian: California Department of Corrections and Rehabilitation

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **LaVence Holt**

before the Honorable William Fletcher _____ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __5__, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at __9:00 a.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _William A. Fletcher_ U.S. Circuit Judge/~~Magistrate Judge of~~ the _sitting by designation on_ United States District Court for the ~~Central~~ _Northern_ District of California.

Dated: _Sept 12, 07_

CLERK, U.S. DISTRICT COURT

By: _[signature]_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

# UNITED STATES DISTRICT COURT
## *NORTHERN* ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Henderson, Et. Al., <br><br> Plaintiff(s) <br> v. <br><br> City and County of San Francisco, Et. Al, <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 00234 VRW <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the *NORTHERN* ~~Central~~ District of California, the named custodian: San Francisco Sheriff's Department

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Anthony Johnson** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _[signature]_ U.S. Circuit Judge ~~Magistrate Judge~~ *sitting by designation on* the United States District Court for the *Northern* ~~Central~~ District of California.

Dated: Sept 12, 07

CLERK, U.S. DISTRICT COURT

By: _[signature]_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

| UNITED STATES DISTRICT COURT | |
|---|---|
| _NORTHERN_ ~~CENTRAL~~ DISTRICT OF CALIFORNIA | |
| Earnest Henderson, Et. Al., Plaintiff(s) v. City and County of San Francisco, Et. Al, Defendant(s) | CASE NUMBER: CR CV 00234 VRW **WRIT OF HABEAS CORPUS** ☐ AD PROSEQUENDUM ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the _NORTHERN_ ~~Central~~ District of California, the named custodian: San Francisco Sheriff's Department

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Jonathan Wells** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at 9:00 a.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable [signature] U.S. Circuit Judge/~~Magistrate Judge~~ sitting by designation on the United States District Court for the _Northern_ ~~Central~~ District of California.

Dated: Sept 12, 07

CLERK, U.S. DISTRICT COURT

By: [signature]
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

# UNITED STATES DISTRICT COURT
## _NORTHERN_ ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Henderson, Et. Al., <br><br> Plaintiff(s) <br> v. <br><br> City and County of San Francisco, Et. Al, <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 00234 VRW <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the _NORTHERN_ ~~Central~~ District of California, the named custodian: California Department of Corrections and Rehabilitation

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Jerome Houston** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable [signature] Judge/Magistrate Judge of the United States District Court for the _Northern_ ~~Central~~ District of California.

Dated: 09/14/07

CLERK, U.S. DISTRICT COURT

By: [signature] Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

# UNITED STATES DISTRICT COURT
## *NORTHERN* ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Henderson, Et. Al., <br><br> Plaintiff(s) <br> v. <br><br> City and County of San Francisco, Et. Al, <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 00234 VRW <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the *NORTHERN* ~~Central~~ District of California, the named custodian: California Department of Corrections and Rehabilitation

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Michael Perez** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **September 24, 2007** at 9:00 a.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _[signature] NORTHERN_ Judge/Magistrate Judge of the United States District Court for the ~~Central~~ District of California.

Dated: 09/14/07

CLERK, U.S. DISTRICT COURT

By: _[signature]_ Deputy Clerk

WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM

G-09A (09/97)