DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
RONALD P. FLYNN, State Bar #184186
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3901 (Flynn)
Facsimile:   (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY,
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>Defendants. | Case No. C05-0234 VRW<br><br>**[PROPOSED] ORDER DIRECTING FEDERAL SECURITY SERVICES AND/OR FEDERAL MARSHAL'S SERVICE TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT**<br><br>Date Action Filed:   October 18, 2005<br>Trial Date:   September 24, 2007 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendant City and County of San Francisco seeks an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

ORDER TO ADMIT ELECTRONIC EQUIPMENT
FOR USE AT TRIAL
CASE NO. C05-0234 VRW

1

n:\lit\li2007\051009\00438403.doc

Defendants request admission into the Federal Courthouse of the following:

1. Laptop computer;
2. Elmo;
3. Projector;
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop.

Dated: September 18, 2007

                                          DENNIS J. HERRERA
                                          City Attorney
                                          JOANNE HOEPER
                                          Chief Trial Deputy
                                          PETER J. KEITH
                                          RONALD P. FLYNN
                                          Deputy City Attorneys

By: s/ *Peter J. Keith*
     PETER J. KEITH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY,
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

**O R D E R**

IT IS SO ORDERED.

Dated: 9/18/07

By: *William A. Fletcher* (signature)
Hon. William Fletcher
United States Ninth Circuit Judge,
sitting as District Judge by designation

ORDER TO ADMIT ELECTRONIC EQUIPMENT FOR USE AT TRIAL
CASE NO. C05-0234 VRW      2      n:\lit\li2007\051009\00438403.doc