# UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ *Northern* DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Henderson, Et. Al., <br><br> Plaintiff(s) <br> v. <br> City and County of San Francisco, Et. Al., <br><br> Defendant(s) | CASE NUMBER: <br> CR <br> CV 00234-VRW/WAF <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable __William Fletcher__ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __California Department of Corrections and Rehabilitation__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Arturo Pleitez**

before the Honorable __William Fletcher__ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __5__, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on __September 24, 2007__ at __9:00 a.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

WITNESS the Honorable __William A. Fletcher US Circuit__ ~~Judge/Magistrate Judge~~ *Sitting by designation* of the United States District Court for the ~~Central~~ *Northern* District of California.

Dated: __9/18/07__

CLERK, U.S. DISTRICT COURT

By: __T. De Martini__
    Deputy Clerk

---

WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM

G-09A (09/97)