# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>           Plaintiffs<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>           Defendants. | Case No.C05-0234 VRW/WAF<br><br>ORDER<br><br>PLAINTIFF'S MOTION IN LIMINE 6<br><br>(EARNEST HENDERSON TRIAL)<br><br>Date Action Filed: Jan. 14, 2005<br>Pretrial Conference: Sept. 14, 2007<br>Trial Judge: William A. Fletcher<br>Trial Date: Sept. 24, 2007 |

    After reviewing the matter of Plaintiff's Motion in Limine 6, the Court confirms that the motion is DENIED in full.

    IT IS SO ORDERED

Dated:     __9/18/07_____

                     By:    _____
                              The Honorable William A. Fletcher
                              United States Circuit Judge for the
                                 Court of Appeals of the Ninth Circuit,
                              sitting by designation