UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>      Plaintiffs<br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>      Defendants. | Case No.C05-0234 VRW/WAF<br><br>ORDER<br><br>COURTROOM SECURITY<br><br>(EARNEST HENDERSON TRIAL)<br><br>Date Action Filed: Jan. 14, 2005<br>Pretrial Conference: Sept. 14, 2007<br>Trial Judge: William A. Fletcher<br>Trial Date: Sept. 24, 2007 |

      Due to important security concerns deriving from the status of plaintiff and numerous witnesses as individuals in state custody, and in the interests of fair presentation of evidence, the Court hereby orders a Marshal to be present for the duration of trial proceedings, beginning on Monday, September 24, 2007 at 8:30 am in Courtroom 5.

      IT IS SO ORDERED

Dated:      September 19, 2007

                              By: _____
                              The Honorable William A. Fletcher
                              United States Circuit Judge for the
                              Court of Appeals of the Ninth Circuit,
                              sitting by designation