SCOT CANDELL, (CSBN 173261)
ROSALIND H. MANSON (CSBN 188473)
Attorneys at Law
1620 Tiburon Blvd.
Tiburon, CA 94920
San Francisco, California 94115
Tel:    (415) 441-1776
Fax:   (415) 435-1253

MARK E. MERIN (SCBN 043849)
LAW OFFICE OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA 95814
Tel: (916) 443-6911
Fax: (916) 447-8336

Attorneys for Plaintiff
**EARNEST HENDERSON**

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARNEST HENDERSON, ET. AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET. AL.,<br><br>Defendants. | CASE NO.:   C05-0234 VRW<br><br>**[PROPOSED] ORDER DIRECTING FEDERAL SECURITY SERVICES AND/OR FEDERAL MARSHAL'S SERVICE TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT**<br><br>Date Action Filed:   October 18, 2005<br>Trial Date:              September 24, 2007 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiff Earnest Henderson seeks an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above referenced matter:

//

//

//

[PROPOSED] ORDER TO ADMIT ELECTRONIC EQUIPMENT FOR USE AT TRIAL

EARNEST HENDERSON, et al. v. DEPUTY MIGUEL PRADO, et al.                                                    USDC, Northern District, Case Nos. C 05-0234 VRW & C 05-0442 VRW

Plaintiff requests admission into the Federal Courthouse of the following:

1.     2 Laptop Computers
2.     Elmo
3.     Oversized Flat Screen Monitor
4.     Projector
5.     Speakers for use with laptop
6.     Extension cords
7.     Cassette Player

Dated: September 19, 2007

LAW OFFICE OF MARK E. MERIN and
LAW OFFICE OF SCOT CANDELL

BY:       s/   Scot Candell

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED

Dated: September 19, 2007

By: *William A. Fletcher*
Hon. William A. Fletcher
United States Ninth Circuit Judge
sitting as District Judge by designation

[PROPOSED] ORDER TO ADMIT ELECTRONIC EQUIPMENT FOR USE AT TRIAL

EARNEST HENDERSON, et al. v. DEPUTY MIGUEL PRADO, et al.     2     USDC, Northern District, Case Nos. C 05-0234 VRW & C 05-0442 VRW