DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
RONALD P. FLYNN, State Bar #184186
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3901
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY,
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>Defendants. | Case No. C05-0234 VRW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' MOTION TO RECONSIDER IN LIMINE ORDER GRANTING PLAINTIFF RIGHT TO CROSS-EXAMINE DEPUTY PRADO REGARDING THE ORLANDO BACON INCIDENT (HENDERSON TRIAL)**<br><br>Date Action Filed:    January 14, 2005<br>Trial Date:               September 24, 2007 |

1  **[Proposed] ORDER**

2  The administrative motion to file documents under seal is GRANTED.  Clerk may file the

3  following items under seal: **DEFENDANTS' MOTION TO RECONSIDER IN LIMINE**

4  **ORDER GRANTING PLAINTIFF RIGHT TO CROSS-EXAMINE DEPUTY PRADO**

5  **REGARDING THE ORLANDO BACON INCIDENT; DECLARATION OF PETER KEITH**

6  **IN SUPPORT OF DEFENDANTS' MOTION TO RECONSIDER IN LIMINE ORDER**

7  **REGARDING ORLANDO BACON INCIDENT.**

9  IT IS SO ORDERED.

11 Dated:  9/21/07

13 By: *William A. Fletcher*
    Hon. William Fletcher
14  United States Circuit Judge
    Sitting by Designation