SCOT CANDELL, (CSBN 173261)
ROSALIND H. MANSON (CSBN 188473)
Attorneys at Law
1620 Tiburon Blvd.
Tiburon, CA 94920
San Francisco, California 94115
Tel:    (415) 441-1776
Fax:   (415) 435-1253

MARK E. MERIN (SCBN 043849)
LAW OFFICE OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA 95814
Tel: (916) 443-6911
Fax: (916) 447-8336

Attorneys for Plaintiff
**EARNEST HENDERSON**

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARNEST HENDERSON, ET. AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET. AL.,<br><br>Defendants. | CASE NO.:   C05-0234 VRW<br><br>[PROPOSED] ORDER ALLOWING PLAINTFF'S ATTORNEY TO CONDUCT LEGAL INTERVIEW WITH PLAINTIFF AFTER COURT<br><br>Date Action Filed:   October 18, 2005<br>Trial Date:             September 24, 2007 |

IT IS HEREBY ORDERED that Plaintiff's attorney may be permitted to conduct a two hour legal interview with Plaintiff EARNEST HENDERSON following court on Monday, September 24, 2007.

Dated: Sept 24, 07

By: _____

Hon. William A. Fletcher
United States Ninth Circuit Judge
sitting as District Judge by designation

[PROPOSED] ORDER FOR LEGAL INTERVIEW

EARNEST HENDERSON, et al v. CCSF, et al.                                           USDC, Northern District, Case Nos. C 05-0234 VRW /WAF