DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
RONALD FLYNN, State Bar #184186
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3908 (Keith)
Facsimile:    (415) 554-3837
E-Mail:       peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY,
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>Defendants. | Case No. C05-0234 VRW/WAF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' CONFIDENTIAL OPPOSITION TO MOTIONS IN LIMINE**<br><br>Date Action Filed:   January 14, 2005<br>Trial Date:              September 24, 2007 |

1 **[Proposed] ORDER**

2   The administrative motion to file documents under seal is GRANTED.  Defendants may file
3 the following items under seal:  Defendant's Confidential Opposition to Motions in Limine.

5   IT IS SO ORDERED.

7 Dated:  November 6, 2007

  By: *William A. Fletcher*
  Hon. William Fletcher
  United States Circuit Judge
  Sitting by Designation