# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, ET. AL.,<br><br>Plaintiff(s)<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO, ET.AL.,<br><br>Defendant(s) | CASE NUMBER:<br>CR<br>CV 00234-VRW/WAF<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: California Department of Corrections and Rehabilitation

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Michael Perez** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **February 12, 2008** at 9:00 a.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

WITNESS the Honorable William A. Fletcher U.S. Circuit Judge ~~Magistrate Judge of the~~ sitting by designation on United States District Court for the Northern ~~Central~~ District of California.

Dated: 1/16/08

CLERK, U.S. DISTRICT COURT

By: T. [signature]
Deputy Clerk