# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| EARNEST HENDERSON, ET. AL., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR |
| v. | CV 00234-VRW/WAF |
| CITY AND COUNTY OF SAN FRANCISCO, ET.AL., | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable William Fletcher Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: San Francisco Sheriff's Department

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Jonathan Wells** before the Honorable William Fletcher Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102 on **February 12, 2008** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

WITNESS the Honorable _William A. Fletcher_ U.S. Circuit Judge sitting by designation on United States District Court for the ~~Central~~ Northern District of California.

Dated: 1/16/08

CLERK, U.S. DISTRICT COURT

By: _T. D.____
Deputy Clerk