1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | PETER J. KEITH, State Bar #206482
RONALD P. FLYNN, State Bar #184186
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone: (415) 554-3901
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY,
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>Defendants. | Case No. C05-0234 VRW/WAF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS MOTIONS IN LIMINE AND DECLARATION OF RONALD P. FLYNN IN SUPPORT OF MOTIONS IN LIMINE**<br>**(HENDERSON RETRIAL)**<br><br>Date Action Filed: January 14, 2005<br>Trial Date: February 12, 2008<br><br>. |

1    **[Proposed] ORDER**

2    The administrative motion to file under seal the following documents is GRANTED:

3    - DEFENDANT'S CONFIDENTIAL MOTIONS IN LIMINE (EARNEST
4      HENDERSON RETRIAL); and
5    - DECLARATION OF RONALD P. FLYNN IN SUPPORT OF DEFENDANTS
6      MOTIONS IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY
7      (HENDERSON RETRIAL).

9    IT IS SO ORDERED.

11   Dated: 1/23/08

13   By: *William A. Fletcher* (signature)
        Hon. William A. Fletcher
14      United States Circuit Judge, sitting by designation