DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
RONALD P. FLYNN, State Bar #184186
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3908 (Keith)
Facsimile: (415) 554-3985

Attorneys for Defendants
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON,<br><br>   Plaintiffs,<br><br>vs.<br><br>DEPUTY GLENN YOUNG, et al.<br><br>   Defendants. | Case No. C05-0234 VRW /WAF<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Judge: Judge William Fletcher<br>Place:   Courtroom 5<br><br>Date Action Filed: January 14, 2005<br>Trial Date:   February 12, 2008 |

[PROPOSED] ORDER FOR EQUIPMENT AT TRIAL
Henderson v. Young, et al. – USDC No. C05-0234 VRW /WAF
n:\lit\li2007\051009\00464720.doc

1 | Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants
2 | City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal
3 | and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in
4 | the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Projector;
3. Oversized Projector Screen;
4. Extension cords;
5. Speakers for use with laptop;
6. Second Monitor

Dated: February 7, 2008

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          PETER J. KEITH
          RONALD P. FLYNN
          Deputy City Attorneys

By: s/ *Ronald P. Flynn*
     RONALD P. FLYNN

Attorneys for Defendants
GLENN YOUNG, MIGUEL PRADO AND
LARRY NAPATA

PROPOSED] ORDER FOR EQUIPMENT AT TRIAL
Henderson v. Young, et al. – USDC No. C05-0234 VRW / WAF
n:\lit\li2007\051009\00464720.doc

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Elmo;
3. Projectors;
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Second Monitor.

IT IS SO ORDERED.

Dated: February 7, 2008

By: *William A. Fletcher*
JUDGE WILLIAM FLETCHER
United States Ninth Circuit Judge,
sitting as District Judge by designation

PROPOSED] ORDER FOR EQUIPMENT AT TRIAL
Henderson v. Young, et al. – USDC No. C05-0234 VRW / WAF
n:\lit\li2007\051009\00464720.doc