UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
OCT - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11, <br><br> Defendants. | Case No. C05-0234 VRW/WAF <br><br> ORDER <br><br> Date Action Filed: January 14, 2005 <br> Trial Judge: William A. Fletcher <br> Trial Date: September 24, 2007 |

FILED
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

It is hereby ordered that arrangements shall be made whereby Mr. Earnest Henderson be permitted to shower and otherwise attend to personal hygiene this evening, and at regular intervals thereafter.

Dated: October 4, 2007

By: _____
Hon. William A. Fletcher
U.S. Circuit Judge, sitting by designation

*I renew the foregoing order, to have effect through Mr. Henderson's trial in the federal district court.*

*Dated: February 13, 2008*

*[signed] William A. Fletcher*