# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON<br><br>    Plaintiff<br><br>  v.<br><br>DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA<br><br>    Defendants. | Case No. C05-0234 VRW/WAF<br><br>ORDER<br><br>GRANTING DEFENDANTS' MOTION TO FILE LETTER REGARDING SUPREME COURT CASE<br><br>Trial Judge: William A. Fletcher<br>Trial Begun: Feb. 12, 2008 |

Defendants' administrative motion to file the letter dated June 30, 2008, which was attached as Exhibit A to the motion is GRANTED.

Counsel for plaintiff may at his option file a response letter within ten days of this order. Absent further notification by the Court, there will be no further oral argument.

IT IS SO ORDERED

Dated:   July 2, 2008

By: _William A. Fletcher_ (signature)

The Honorable William A. Fletcher

United States Circuit Judge for the

Court of Appeals of the Ninth Circuit,

sitting by designation