# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA.<br><br>Defendants. | Case No. C05-0234 VRW/WAF<br><br>ORDER WITHDRAWING ORDER STYLED AS JUDGMENT<br><br>(EARNEST HENDERSON TRIAL)<br><br>Trial Judge: William A. Fletcher<br>Trial Date: Feb. 12, 2008 |

The Court hereby withdraws the order styled as Judgment entered in this matter on September 4, 2008.

IT IS SO ORDERED

Dated: _September 17, 2008_

By: _____
The Honorable William A. Fletcher
United States Circuit Judge for the
Court of Appeals of the Ninth Circuit,
sitting by designation