UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>Defendants. | Case No. C05-0234 VRW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXCUSE INDIVIDUAL DEPUTY DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE<br><br>Date Action Filed: January 14, 2005<br>Settlement Conference: October 29, 2008 |

FOR GOOD CAUSE APPEARING, IT IS ORDERED THAT defendants shall bring representatives from the City Attorney's Office and the Sheriff's Department to the October 29, 2008 settlement conference, and that individual deputy defendants Glenn Young and Miguel Prado are excused from attending.

IT IS SO ORDERED.

DATED: October 27, 2008

_____
Hon. James Larson
Chief Magistrate, U.S. District Court

Admin Req. for Leave re Settlement Conference
Henderson, et al., v. CCSF, et al., USDC No. C05-0234 VRW

n:\lit\li2005\051009\00517056.doc