IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>          Plaintiffs,<br><br>          v<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>          Defendants.<br>_____/ | No   C 05-0234 VRW<br><br>ORDER |

On February 17, 2009, plaintiffs' counsel moved to withdraw as counsel to Janel Gotta due to what counsel perceived to be a conflict of interest that developed during the course of settlement negotiations. Doc #436 at 4. Plaintiffs' counsel stated that he has "been unable to maintain contact with Ms Gotta." Id.

Accordingly, plaintiff Janel Gotta is ORDERED TO SHOW CAUSE in writing not later than April 13, 2009, why this motion to

1  withdraw should not be granted.  Counsel for plaintiff is directed
2  to ensure that this order to show cause is served on Gotta and to
3  file proof of service with the court not later than March 27, 2009.

5        IT IS SO ORDERED.

8        VAUGHN R WALKER
         United States District Chief Judge