IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ,<br><br>      Plaintiffs,<br><br>      v<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11,<br><br>      Defendants.<br>_____/ | No   C 05-0234 VRW<br><br>ORDER |

      Not later than April 13, 2009, defendants are DIRECTED to file a motion for summary judgment as to all claims asserted by plaintiff Janel Gotta or to inform the court that summary judgment is not appropriate.

      IT IS SO ORDERED.

                                            /s/ Vaughn R Walker
                                            VAUGHN R WALKER
                                            United States District Chief Judge