1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ, | No C 05-0234 VRW |
| Plaintiffs, | ORDER |
| v | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11, | |
| Defendants. / | |

On March 24, 2009, defendants moved for entry of separate judgment against plaintiff Janel Gotta. Doc #445. On April 21, 2009, counsel for the other plaintiffs in this case filed proof of service of defendants' motion (Doc #449) on Gotta. Pursuant to Civil L R 7-3(a), plaintiff had until April 23 to file a memorandum in opposition to defendants' motion. Plaintiff did not file a memorandum in opposition or a statement of nonopposition.

The hearing set for May 14 on defendants' motion to dismiss is VACATED. Gotta is ORDERED TO SHOW CAUSE in writing, not later than May 28, 2009, why defendants' motion for entry of separate judgment (Doc #445) should not be granted. Failure to respond will be deemed grounds to grant defendants' motion.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge