IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST HENDERSON, JANEL GOTTA, AARON RAULS, MICHAEL PEREZ, ARTURO PLEITEZ, <br><br> Plaintiffs, <br><br> v <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH SERVICES, SHERIFF MICHAEL HENNESSEY, DEPUTY GLENN YOUNG, DEPUTY MIGUEL PRADO, DEPUTY LARRY NAPATA, AND DOES 1-11, <br><br> Defendants. | No  C 05-0234 VRW <br><br> ORDER |

Because it appears that settlement has been consummated in the above-captioned matter, the clerk is DIRECTED to terminate all motions and to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge